■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE THOMAS, Appellant. [648 NYS2d 991] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 14, 1995 *(People v Thomas,* 218 AD2d 717), affirming a judgment of the Supreme Court, Kings County, rendered January 7, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Joy, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS THOMAS, Appellant. [649 NYS2d 454] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered December 21, 1994, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that the court erred in failing to instruct the jury that possessing a weapon for the purpose of self-defense is not unlawful. Justification based on self-defense pertains only to the use of physical force and does not apply to a crime based on the possession of a weapon, even though an element of the crime is that the defendant possessed the weapon with the intent to use it unlawfully against another *(see, People v Pons,* 68 NY2d 264; *People v Almodovar,* 62 NY2d 126). Rosenblatt, J. P., O'Brien, Sullivan and McGinity, JJ., concur.